UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**BENITA PENIX,**

    **Plaintiff,**

v.                                                 **Case No: 5:13-cv-225-Oc-10PRL**

**COMMISSIONER OF SOCIAL SECURITY**

    **Defendant.**

## ORDER

This matter is before the Court on Defendant's unopposed motion to strike (Doc. 27) the "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge" (Doc. 26) that was apparently filed in error on April 10, 2014. Defendant represents that the parties do not consent to the United States Magistrate Judge conducting all further proceedings in this case.

Accordingly, and upon due consideration, Defendant's unopposed motion to strike (Doc. 27) is **GRANTED**. The "Notice, Consent, and Reference of a Civil Action to a. Magistrate Judge" (Doc. 26) is hereby **STRICKEN**.

**DONE** and **ORDERED** in Ocala, Florida on April 14, 2014.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties